PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| ROBERT ROPER, | CASE NO. 4:11CV00415 |
| Plaintiff, | |
| | JUDGE BENITA Y. PEARSON |
| v. | |
| JOHN DOE, WARDEN, *et al.*, | |
| | **MEMORANDUM AND ORDER OF** |
| Defendants. | **OPINION** |

Plaintiff Roberto Roper filed this *Bivens* action against the FCI Elkton Warden, FCI Elkton Prison Industries, the UNICOR Factory Manager, the UNICOR Safety Supervisor, the Eklton Safety and Health Committee Chairperson, the UNICOR Recycle I and II Supervisors, the UNICOR National Board of Directors, the UNICOR Executive Director, and medical personnel D. Brammer, R. Lepiane, J. Ward, V. Siha, and C. McDonnell. ECF No. 1.

The docket reflects that Plaintiff Roper has not provided the requisite U.S. Marshal forms or summonses to serve the Defendants. Absent the requisite forms or summonses, the Clerk's Office cannot forward this matter to the U.S. Marshal for service. Accordingly, Plaintiff Roper is ordered to provide U.S. Marshal forms and summonses for each Defendant and any other party requiring service of process of the Complaint pursuant to Fed.R.Civ.P. 4(i) within thirty (30) days of this Order. Plaintiff is further ordered to send a "Notice of Compliance," with an appropriate case caption for filing, with the completed forms.

The Clerk's Office is directed to mail sufficient marshal forms and summonses to

(4:11CV00415)

Plaintiff with a copy of this order.

   IT IS SO ORDERED.

| | |
|---|---|
|  June 16, 2011 |   */s/ Benita Y. Pearson* |
| Date | Benita Y. Pearson |
| | United States District Judge |